State of Maine

Cumberland
County, ss

US DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 MAY -3  P 3: 02

DEPUTY CLERK

15-6

to be determined
Docket #

United States District
Court
Federal St.
Portland, Maine
04101
World Criminal
Court

Plaintiff's

- Jay P. Hunt Shesser
  Plentipotentiary
  for planet Earth
  and

- Sierra Club of Maine
  and Portland, ME.
  North America

- Nature Conservancy
  14 Maine St. #401
  Brunswick, Maine 04011

V.

Defendants: Developers of
Nuclear Power Plants
(to be determined)

- United States Department of Energy
- United States Nuclear Regulatory Commission
- United States of America

Motion for
writ to cease
and desist with
seizure of all
Earthly nuclear
Power Plants
by U.S. Marshals
and local
Sheriffs.
Appropriate
authorities on
other continents.

Nuclear Plants (contd from p.1)

Cause of action:

Radioactive materials a by product without a solution for a safe disposition. (in water). Another by-product, plutonium, also without a safe disposal site. Maine Yankee of Wiscassett, Maine and Seabrook, New Hampshire, (2) plants shut down under protest approximately 30 years ago. Was the history disclosed to the people of Georgia, during licensing hearings and its plant under construction?

Claim: $ 100,000,000 Cash judgement.

Jay P. Lunt Dresser, Pro se
JAY P. LUNT Dresser
attorney